William A. STEWART, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. 57259.

Missouri Court of Appeals, Eastern District, Division Five.

June 5, 1990.

Charles W. EMMONS, Appellant,

v.

STATE of Missouri, Respondent.

No. 57617.

Missouri Court of Appeals,
Eastern District,
Division One.

June 5, 1990.

Jerry L. Suddarth, Suddarth & Koor, O'Fallon, for respondent.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Sp. Asst. Atty. Gen., Jefferson City, for appellant.

## OPINION SUMMARY

SIMON, Chief Judge.

Director of Revenue for the State of Missouri, appeals from an order entered in the associate circuit court of St. Charles County on May 9, 1989 granting respondent, William A. Stewart, limited hardship driving privileges pursuant to § 302.309.3 RSMo 1986.

Appeal dismissed.

*Division Five Holds:* Director of Revenue was not a party and cannot appeal. *Munson v. Director of Revenue,* 783 S.W.2d 912 (Mo. banc 1990).

GRIMM and SIMEONE, JJ., concur.